**COURTROOM DEPUTY'S MINUTES**                                      **MIDDLE DISTRICT OF ALABAMA**

---

√ INITIAL APPEARANCE                              DATE: February 21, 2007
❏ BOND HEARING
❏ DETENTION HEARING                               Digital Recording 2:40 - 3:00
❏ PRELIMINARY (EXAMINATION)(HEARING)
❏ REMOVAL HEARING (R.40)
√ ARRAIGNMENT

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker     **DEPUTY CLERK:** Joyce Taylor
**CASE NO.** 2:06cr169-WHA                      **DEFENDANT NAME:** Wilmont Timothy Barnett
**AUSA:** Clark Morris                          **DEFT. ATTY:** Jay Lewis
                                                Type Counsel: ( )Retained; (√) CJA; ( ) Waived; ( ) FPD
**USPO/USPTS:** Terrence Marshall
Interpreter needed: (√) NO; ( ) YES  Name:

---

| | |
|---|---|
| √ | Date of Arrest February 20, 2007 or ❏ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. ❏ Prob/Sup Rel Violator |
| √ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| √ | ORAL ORDER appointing CJA Panel Attorney Jay Lewis - Notice of Appearance to be filed |
| ❏ | Panel Attorney Appointed; ❏ to be appointed - prepare voucher |
| ❏ | Deft. Advises he will retain counsel. Has retained _____ |
| √ | ❏ Government's ORAL Motion for Detention Hrg. ❏ to be followed by written motion; √ Government's WRITTEN Motion for Detention Hrg. filed |
| √ | Detention Hearing set for March 1, 2007 @ 1:00 p.m. |
| ❏ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❏ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ❏ | Release order entered. Deft advised of conditions of release |
| ❏ | ❏ BOND EXECUTED (M/D AL charges) $. Deft released |
| | ❏ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❏ | Bond not executed. Defendant to remain in Marshal's custody |
| ❏ | Deft. ORDERED REMOVED to originating district |
| ❏ | Waiver of ❏ preliminary hearing; ❏ Waiver Rule 40 hearing |
| ❏ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| √ | ARRAIGNMENT - Plea of NOT GUILTY entered. |
| | DISCOVERY DISCLOSURE DATE: March 2, 2007 |
| √ | CRIMINAL TERM: June 4, 2007 |
| ❏ | NOTICE to retained Criminal Defense Attorney handed to counsel |