IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No. 2:06-CR-169-WHA |
| ) | |
| WILMONT TIMOTHY BARNETT ) | |

**NOTICE OF APPEARANCE**

COMES NOW Jay Lewis, attorney at law, to enter his appearance on behalf of Defendant herein and would pray that the Court and all parties serve him with process and all needful papers.

RESPECTFULLY SUBMITTED, this __22nd__ day of February, 2007.

/s/ JAY LEWIS
Law Offices of Jay Lewis, L.L.C.
P.O. Box 5059
Montgomery, Alabama 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J
Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on the _22nd_ day of February, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

A. Clark Morris
Office of the United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104

                                         /s/ JAY LEWIS
                                         Law Offices of Jay Lewis, L.L.C.
                                         P.O. Box 5059
                                         Montgomery, Alabama 36103
                                         (334) 263-7733 (Voice)
                                         (334) 832-4390 (Fax)
                                         J-Lewis@JayLewisLaw.com
                                         ASB-2014-E66J
                                         Attorney for Defendant