IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal Case No. 2:06-CR-169-WHA |
| | ) | |
| WILMONT TIMOTHY BARNETT | ) | |

**MOTION FOR REIMBURSEMENT OF COPY EXPENSE**

COMES NOW Defendant Barnett, by and through counsel, to join in the motion filed by Defendant James Calvin Talley and to separately move for reimbursement for expenses incurred in obtaining discovery in this case. In support of which, Defendant would show as follows:

1. Discovery in this sixteen-defendant case is voluminous and consists of 7,428 paper copies, 10 DVDs, 19 CDs, 1 floppy disk, 6 VHS videos, and 23 audio cassettes.

2. The US Attorney's office has made the foregoing discovery available through Pro-Legal Copies of Montgomery, Inc., to be obtained at the expense of the defendant.

3. Defendant Barnett has obtained a complete set of discovery, for which the undersigned has been billed a total of $1,234.35 (Exhibit A).

WHEREFORE, the premises considered, Defendant prays that the Court will Order that the undersigned counsel be reimbursed for such extraordinary copying expense.

RESPECTFULLY SUBMITTED, this __16th__ day of March, 2007.

/s/ JAY LEWIS
Law Offices of Jay Lewis, L.L.C.
P.O. Box 5059
Montgomery, Alabama 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J
Attorney for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on the _16th_ day of March, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

A. Clark Morris
Office of the United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104

                                  /s/ JAY LEWIS
                                  Law Offices of Jay Lewis, L.L.C.
                                  P.O. Box 5059
                                  Montgomery, Alabama 36103
                                  (334) 263-7733 (Voice)
                                  (334) 832-4390 (Fax)
                                  J-Lewis@JayLewisLaw.com
                                  ASB-2014-E66J
                                  Attorney for Defendant