Pro Legal Copies of Montgomery, Inc.

# Invoice

134 High Street
Montgomery, Al 36104
(334) 263-0108
Federal  Tax ID No. : 63-1271006

| Date | Invoice # |
|------|-----------|
| 3/12/2007 | 6555 |

| Bill To | Ship To |
|---------|---------|
| Jay Lewis, Esq.<br>Suite 100, 847 S. McDonough St.<br>Montgomery, Alabama 36103 | |

| Terms | Ship |
|-------|------|
| Net 15 | 3/12/2007 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 7,428 | 12 | Litigation Copying | 0.08 | 594.24T |
| 10 | DVD | DVD Production | 20.00 | 200.00T |
| 19 | CD | CD Production | 5.95 | 113.05T |
| 1 | Floppy Disc | Copy Floppy Disc | 3.00 | 3.00T |
| 6 | Videos | Video Duplication | 12.50 | 75.00T |
| 23 | Cass | Copy of Audio Tape | 5.95 | 136.85T |

Signature

| Sales Tax  (10.0%) | $112.21 |
|--------------------|---------|
| **Total** | $1,234.35 |