IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No. 2:06-CR-169-WHA |
| ) | |
| WILMONT TIMOTHY BARNETT ) | |

## MOTION TO ENLARGE TIME FOR PRETRIAL MOTIONS

COMES NOW Defendant Wilmont Timothy Barnett, by and through counsel, to move the Court to enlarge the time within which Defendant may file pretrial motions and as grounds for which would show as follows:

1. Pursuant to the Order on Arraignment, retrial motions are to be filed on or before March 29, 2007 (assuming that motions are to be filed two BUSINESS days prior to the pretrial hearing).

2. Counsel for Defendant has paid for and received discovery from the government through Pro-Legal Copying consisting of 7,428 pages of documents, 10 DVDs, 19 CDs, 6 videotapes, 23 cassette tapes, and one 3 1/4" floppy disk containing data in some unknown format using the file extension .trk.

3. Since the undersigned is unable to view anything on the floppy disk it will doubtless turn out to be the most damning evidence against Defendant.

4. The undersigned counsel has been diligent in plowing through the documents, it appears extremely unlikely that he will have been through enough of it by March 29th to determine whether pretrial motions will be necessary.

5. As the trial of this case is set for June 4, 2007, it should not inconvenience the Court nor prejudice the government to enlarge the time within which Defendant may file pretrial motions by thirty days.

WHEREFORE, the premises considered, Defendant prays that the Court will enlarge the time within which he may file pretrial motions until and through April 30, 2007.

RESPECTFULLY SUBMITTED, this __26th__ day of March, 2007.

/s/ JAY LEWIS
Law Offices of Jay Lewis, L.L.C.
P.O. Box 5059
Montgomery, Alabama 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on the _26th_ day of March, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

A. Clark Morris
Office of the United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104

/s/ JAY LEWIS
Law Offices of Jay Lewis, L.L.C.
P.O. Box 5059
Montgomery, Alabama 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J
Attorney for Defendant