IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.           ) | CR. NO. 2:06-cr-169-WKW |
| ) | |
| WILMONT TIMOTHY BARNETT ) | |

O R D E R

Upon consideration of the government's motion for release of prisoner filed on March 29, 2007, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Wilmont Timothy Barnett, to Todd Mims, DEA, on March 30, 2007, through June 30, 2007, so that said agent can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Todd Mims, DEA, return said prisoner into the custody of the United States Marshals Service when he has finished with him.

DONE this the _____ day of March, 2007.

_____
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE