IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr169-WHA |
| | ) | |
| WILMONT TIMOTHY BARNETT | ) | |

**ORDER**

Upon consideration of defendant's motion to produce defendant for pretrial hearing (Doc. # 173), filed March 31, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. The United States Marshal shall produce defendant for the pretrial conference set for 3:00 p.m. on April 2, 2007 in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex.

DONE, this 2nd day of April, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE