IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06cr169-WKW |
| | ) | |
| DEMETRIOUS TERRELL PEGUES | ) | |
| CLIFF JOHNSON | ) | |
| TERRENCE ANTWAN JEROME NEWKIRK | ) | |
| CHARLES DANIEL CRAIG | ) | |
| KOWOSKY TYWAN CHRISTIAN | ) | |
| DARRYL LAMONT BROWN | ) | |
| DARNELL MONTREZE BROWN | ) | |
| RODRIGUEZ CHILDRES | ) | |
| ROGER WALTON | ) | |
| JAMES EARL HUBBARD | ) | |
| JAMES CALVIN TALLEY | ) | |
| WILMONT TIMOTHY BARNETT | ) | |
| WILLIAM EARL ULMER | ) | |

**PRETRIAL CONFERENCE ORDER**

A pretrial conference was held on April 2, 2007, before the undersigned Magistrate Judge. Present at this conference were Henry Scharg, counsel for defendant Demetrious Terrell Pegues; Jim Cooper, counsel for defendant Cliff Johnson; Malcolm Newman, counsel for defendant Terrence Antwan Jerome Newkirk; Thomas Goggans, counsel for defendant Charles Daniel Craig; Joseph Van Heest, counsel for defendant Kowosky Tywan Christian; Dwayne Brown, counsel for defendant Darryl Lamont Brown; Pate Debardeleben, counsel for defendant Darnell Montreze Brown; Tiffany McCord, counsel for defendant Rodrigez Childres; Gregory Pool, counsel for defendant Roger Walton; Bill Blanchard, counsel for defendant James Earl Hubbard; Richard Keith, counsel for defendant James Calvin Talley; Jay Lewis, counsel for defendant Wilmont Timothy Barnett; Timothy Halstrom, counsel for defendant William Earl Ulmer; and Assistant United States

Attorney Clark Morris, counsel for the government. As a result of the conference, it is hereby ORDERED as follows:

1. Jury selection is set for June 4, 2007. The trial of this case is set during the trial term commencing on June 4, 2007 before United States District Judge William Keith Watkins and is expected to last one month or more.

2. The following motions are pending: Government's motions for order regarding criminal forfeiture as to Cliff Johnson (Doc. #160) and James Calvin Talley (Doc. #162).

3. Proposed voir dire questions shall be filed on or before May 29, 2007. Counsel should not include questions seeking information which is provided in the jury questionnaire.

4. All motions in limine shall be filed on or before May 29, 2007. Motions in limine must be accompanied by a brief. Failure to file a brief will result in denial of the motion.

5. Proposed jury instructions shall be filed on or before May 29, 2007.

6. The court will not consider a plea pursuant to Rule 11(c)(1)(A) or (C) unless notice is filed on or before noon on May 23, 2007. The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on June 4, 2007. The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted. In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and

      the government should all be ready to go to trial on June 4, 2007, as to all defendants, even though a particular guilty plea was not accepted by the court.

7. This case is set for another pretrial conference on May 9, 2007 at 8:30 a.m.. in Courtroom 5B.

DONE, this 4th day of April, 2007.

                                        /s/ Susan Russ Walker
                                        SUSAN RUSS WALKER
                                        UNITED STATES MAGISTRATE JUDGE