IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06cr169-WKW |
| | ) | |
| WILMONT TIMOTHY BARNETT | ) | |

## **ORDER**

Upon consideration of defendant's motion to produce defendant for pretrial (Doc. # 315), filed September 24, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. The United States Marshal is DIRECTED to produce defendant for the pretrial conference at 3:00 p.m. on September 28, 2007 in courtroom 5-B.

DONE, this 26th day of September, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE