IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Case No. 2:06-CR-169-WKW** |
| ) | |
| ) | |
| WILMONT TIMOTHY BARNETT ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF INTENT TO CHANGE PLEA**

COMES NOW the defendant, Wilmont Timothy Barnett, by and through the undersigned counsel, Jay Lewis, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty. Defendant waives his right to plead in front of a district judge and consents to do so before a magistrate judge.

Respectfully submitted this 2nd day of October, 2007.

/s/ JAY LEWIS
Law Offices of Jay Lewis, L.L.C.
P.O. Box 5059
Montgomery, Alabama 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J
Attorney for Defendant

**CERTIFICATE OF SERVICE**

       I hereby certify that on the _2nd_ day of October, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

A. Clark Morris
Office of the United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104

                                            /s/ JAY LEWIS
                                            Law Offices of Jay Lewis, L.L.C.
                                            P.O. Box 5059
                                            Montgomery, Alabama 36103
                                            (334) 263-7733 (Voice)
                                            (334) 832-4390 (Fax)
                                            J-Lewis@JayLewisLaw.com
                                            ASB-2014-E66J
                                            Attorney for Defendant