IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN  DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06cr169-WKW |
| | ) | |
| WILMONT TIMOTHY BARNETT | ) | |

## **ORDER**

Pursuant to the defendant's *Notice of Intent to Change Plea* (Doc. #355) filed on October 2, 2007, it is hereby

ORDERED that the defendant, WILMONT TIMOTHY BARNETT, appear with counsel before the undersigned Magistrate Judge on October 22, 2007 at 3:00 p.m. in Courtroom 5B,  Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama,  to enter a change of plea.

The Clerk is directed to provide a court reporter for this proceeding.  If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

Done, this 3rd day of October, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE