IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal Case No. 2:06-CR-169-WHA |
| | ) | |
| WILMONT TIMOTHY BARNETT | ) | |

**MOTION TO RESET SENTENCING**

COMES NOW Defendant Wilmont Timothy Barnett, by and through counsel, and would show the Court as follows:

Defendant has pleaded guilty in this matter and is due to appear for sentencing at 2:00 p.m., January 25, 2008.

The undersigned counsel is due to attend the Alabama Criminal Defense Lawyers Association's annual death penalty seminar January 24-26 and, in fact, has already paid for the same.

The undersigned is unable to obtain substitute counsel for sentencing because there are very serious issues in this case that require argument before the Court.

WHEREFORE, the premises considered, Defendant prays that the Court will reset the sentencing in this case for some date on or after January 28, 2008.

RESPECTFULLY SUBMITTED, this __5th__ day of January, 2008.

/s/ JAY LEWIS
Law Offices of Jay Lewis, L.L.C.
P.O. Box 5059
Montgomery, Alabama 36103
(334) 263-7733 (Voice)
(334) 832-4390 (Fax)
J-Lewis@JayLewisLaw.com
ASB-2014-E66J
Attorney for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on the _5th_ day of January, 2008, I filed the foregoing with the Clerk of the Court by way of the CM/ECF system which will send the foregoing to the following parties or counsel:

A. Clark Morris
Office of the United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104

                                              /s/ JAY LEWIS
                                              Law Offices of Jay Lewis, L.L.C.
                                              P.O. Box 5059
                                              Montgomery, Alabama 36103
                                              (334) 263-7733 (Voice)
                                              (334) 832-4390 (Fax)
                                              J-Lewis@JayLewisLaw.com
                                              ASB-2014-E66J
                                              Attorney for Defendant