IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:06-cr-0169-WKW |
| | ) | |
| WILLIAM TIMOTHY BARNETT | ) | |

## **ORDER**

Upon consideration of the defendant Barnett's Motion to Reset Sentencing (Doc. # 484), it is ORDERED that the motion is GRANTED. The sentencing hearing is CONTINUED from January 25, 2008 to **January 31, 2008, at 2:15 p.m.**

DONE this 9th day of January, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE