⬤AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

MIDDLE District of ALABAMA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| WILMONT TIMOTHY BARNETT | ) | Case No:  2:06cr169-015-WKW |
| | ) | USM No:  12129-002 |
| Date of Previous Judgment:  2/6/08 | ) | Jay Lewis |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

      X  DENIED.  ☐  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | _____ | Amended Offense Level: | _____ | |
| Criminal History Category: | _____ | Criminal History Category: | _____ | |
| Previous Guideline Range: | _____ to _____ months | Amended Guideline Range: | _____ to _____ months | |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐  The reduced sentence is within the amended guideline range.

☐  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

X  Other (explain):   The defendant's guideline sentence was based on his Career Offender status, not the type and amount of drug distributed; therefore, he is not eligible for a reduction.

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated  2/6/08  shall remain in effect.

**IT IS SO ORDERED.**

Order Date:  *August 21, 2008*

                                                 Judge's signature

Effective Date:  _____      W. KEITH WATKINS, U.S. DISTRICT JUDGE
        (if different from order date)      Printed name and title